O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV08-6672-AHM (CWx) | Date | May 11, 2009 |
|---|---|---|---|
| Title | MARQUIS FINANCIAL SERVICES OF INDIANA, INC., et al. v. CENTERSTAGING CORP., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Kenneth G. Eade | Matthew W. Close |
| | Seth Aronson |
| | Glenn K. Vanzura |

**Proceedings:**      MOTION to Dismiss Case / Defendants' Notice of Motion and Motion to Dismiss Second Amended Complaint filed by Defendants Jon Parent, Centerstaging Corp., Johnny Caswell. [47] (non-evidentiary)

Court issues its tentative ruling and hears oral argument.  For reasons and findings stated on the record, the Court grants the motion to dismiss with leave to amend.  A third amended complaint must be filed by not later than May 26, 2009.

| | : | 14 |
|---|---|---|
| Initials of Preparer | | SMO |